# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETUATE SEKONA,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**LUCAS, et al.,**<br><br>        **Defendants.** | **CASE NO. 1:19-cv-00454-AWI-GSA (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING CASE, WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>(Doc. No. 30) |

Plaintiff Etuate Sekona is a state prisoner proceeding pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. 636(b)(1)(B).

On September 22, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order issued on June 29, 2020. Doc. No. 30. On October 4, 2021, Plaintiff filed objections to the findings and recommendations. Doc. No. 31.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 30) that were issued by the magistrate judge on September 22, 2021, are ADOPTED in full;

2. This action is DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's June 29, 2020 order; and

3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: November 1, 2021

SENIOR DISTRICT JUDGE